**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SYNKLOUD TECHNOLOGIES, LLC, | ) |
| | ) |
| Plaintiff, | )  C.A. No. 19-1360-RGA |
| | ) |
| v. | ) |
| | ) |
| HP INC., | ) |
| Defendant. | ) |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant HP Inc. ("HP") respectfully submits the attached non-precedential supplemental authority in support of its Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) ("Motion"). D.I. 17.

On June 19, 2020, in *DropBox, Inc. v. Synchronoss Techs., Inc.*, the Federal Circuit affirmed a district court's order granting a motion to dismiss for lack of patent-eligible subject matter under 35 U.S.C. § 101.  No. 19-1765, --- F.3d ---, slip op. (attached as Exhibit A). The relevant patent at issue was directed to "uploading and downloading data from a [mobile device, such as a cellphone, PDA or iPod] to a server by way of a mobile network." *Id*. at 13.  The Federal Circuit found the claims recited "'[g]eneralized steps to be performed on a computer using conventional computer activity' [which is] abstract." *Id*. at 15. "'Formatting' data, 'tagging' data, 'transmitting' data, and 'retrieving' data are generalized steps to be performed on a computer using conventional computer activity. Their combination may allow 'wireless backup of cellphone data . . . [b]ut the claim provides less of a 'specific means or method' than a 'result or effect that itself is the abstract idea and merely invokes generic processes and machinery." *Id*.

Although this decision is non-precedential, HP submits this notice of supplemental authority because it believes that the decision is relevant and analogous to the patents at issue in its Motion.

RLF1 23644513v.1

| | |
|---|---|
| OF COUNSEL:<br><br>Richard A. Cederoth<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>(312) 853-7000<br><br>Ching-Lee Fukuda<br>Ketan V. Patel<br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>(212) 839-5300<br><br>Megan Whyman Olesek<br>Turner Boyd LLP<br>702 Marshall Street, Suite 640,<br>Redwood City, CA 94063<br>(650) 521-5930<br><br>Dated:  June 30, 2020 | */s/ Kelly E. Farnan*<br>Kelly E. Farnan (#4395)<br>Travis S. Hunter (#5350)<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>Wilmington, DE 19801<br>302-651-7700<br>Farnan@rlf.com<br>Hunter@rlf.com<br><br>*Attorneys for Defendant HP Inc.* |