IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNKLOUD TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> HP INC., <br><br> Defendant. | Civil Action No. 19-1360-RGA |

ORDER

For the reasons stated in the accompanying memorandum opinion, **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss (D.I. 17) is **GRANTED** in part and **DENIED** in part. Claims 1 to 74 of the '590 patent, Claims 1 to 10 of the '526 patent, and Claims 1 to 8 of the '254 patent are invalid for claiming patent-ineligible subject matter. Counts 1, 2, and 4 of Plaintiff's Amended Complaint (D.I. 15), to the extent they are based on those claims, are **DISMISSED** with prejudice.

Entered this 28th day of September, 2020.

/s/ Richard G. Andrews_____
United States District Judge