IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYNKLOUD TECHNOLOGIES, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 19-1360-RGA |
| | : | |
| HP, INC., | : | |
| | : | |
| Defendant. | : | |

**ORDER SETTING RULE 16(b) TELEPHONE CONFERENCE**

1. A telephonic scheduling conference pursuant to Fed. R. Civ. P. 16(b) will be held on **Monday, November 16, 2020, at 10:00 a.m.**, before the Honorable Richard G. Andrews. Plaintiff's local counsel shall coordinate a dial-in number for the call, and file a letter on the docket with the dial-in information.

2. Parties shall confer about scheduling and discovery limitations, and attempt to reach agreement. The parties shall use as a basis for discussion the Court's "Rule 16 Scheduling Order – patent," available on the Court's website. No later than 48 hours before the scheduling conference, the parties shall file a proposed scheduling order using the "Rule 16 Scheduling Order - patent."

3. The parties shall direct any requests or questions regarding the scheduling or management of this case to the Court's Case Manager at (302) 573-6137.


 October 21, 2020                                              /s/ Richard G. Andrews
 Date                                                          United States District Judge