

Sean M. Brennecke
Direct Dial: (302) 552-5518
Email: sbrennecke@klehr.com

October 22, 2020

**VIA CM/ECF**

The Honorable Richard G. Andrews
United States District Court
for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street,
Unit 9, Room 6325
Wilmington, Delaware 19801

  **Re:**   *Microsoft Corp. v. SynKloud Technologies, LLC,*
        C.A. No. 1:20-cv-00007-RGA

        *SynKloud Technologies, LLC v. HP Inc.*,
        C.A. No. 1:19-cv-01360-RGA

Dear Judge Andrews:

I write in response to the Orders Your Honor entered yesterday in the above captioned actions. In those Orders, Your Honor requested that counsel circulate dial-in information for the joint Rule 16(b) teleconference which is scheduled for 10:00 a.m. on November 16, 2020.

As requested, the dial-in information is as follows:

        Dial-in:       866-716-6642

        Passcode:    3025525518

919 N. MARKET STREET  |  SUITE 1000  |  WILMINGTON, DE 19801  |  t 302.426.1189  f 302.426.9193  |  www.klehr.com
PENNSYLVANIA  |  NEW JERSEY  |  DELAWARE

PHIL1 9176096v.1



The Honorable Richard G. Andrews
October 22, 2020
Page 2

      We are available at the Court's convenience should Your Honor have any questions or concerns.

                Respectfully,

                */s/ Sean M. Brennecke*
                Sean M. Brennecke (DE Bar No. 4686)

cc:    Kelly E. Farnan, Esq. (via CM/ECF)
       Travis S. Hunter, Esq. (via CM/ECF)
       Chin-Lee Fukuda, Esq. (via CM/ECF)
       Deepali Brahmbhatt, Esq. (via CM/ECF)
       John E. Lord, Esq. (via CM/ECF)
       Ketan V. Patel, Esq. (via CM/ECF)
       Richard A. Cederoth, Esq. (via CM/ECF)
       David S. Eagle, Esq. (via CM/ECF)