IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNKLOUD TECHNOLOGIES, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>HP INC.,<br><br>      Defendant. | C.A. No: 1:19-cv-1360-RGA |

**PLAINTIFF SYNKLOUD TECHNOLOGIES, LLC'S REQUEST TO CERTIFY
INTERLOCUTORY APPEAL AND STAY PENDING APPEAL**

On September 29, 2020, the Court granted in part Defendant HP, Inc.'s motion to dismiss holding that Claims 1 to 74 of the US Patent No. 8,694,590, Claims 1 to 10 of the US Patent No. 9,098,526 ("the '526 Patent"), and Claims 1 to 8 of the US Patent No. 10,015,254 ("the '254 Patent") are invalid for claiming patent-ineligible subject matter.  (D.I. 32).

The surviving claims of the '526 and '254 Patents are at issue in the related Microsoft action.  (Civ. No. 20-00007-RGA).  The surviving claims are as follows:

- Claims 11 to 20 of the '526 Patent are non-transitory computer-readable medium counterpart claims of claims 1 to 10.

- Claims 9 to 15 of the '254 Patent are server-side claims for the client-side counterparts of claims 1 to 8.

- Claims 16 to 20 of the '254 Patent are method claims for the wireless device claims 1, 2, 4, 6 and 7 respectively.

The surviving server-side claims of the '254 Patent are also at issue in the Dropbox and Adobe actions.  *See SynKloud Techs., LLC v. Dropbox, Inc.*, No. 6:19-cv-00526-ADA and

-1-

*SynKloud Techs., LLC v. Adobe Inc.*, No. 6:19-cv-00527-ADA (W.D. Tex., Waco Division) (asserting the '254 Patent and 5 other related patents from the same family).

For the purposes of streamlining issues for trial and appeal in this action and the related actions, Plaintiff moves to certify for interlocutory appeal pursuant to 28 U.S.C. § 1292(b) and Fed. R. App. P. 5(a)(3) and stay the proceedings pending appeal.

Dated: October 23, 2020

OF COUNSEL:

Deepali Brahmbhatt
One LLP
4000 MacArthur Blvd.
East Tower, Suite 500
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile:  (949) 258-5081
dbrahmbhatt@onellp.com

John Lord
One LLP
9301 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA 90210
Telephone: (310) 866-5157
Facsimile:  (310) 943-2085
jlord@onellp.com

KLEHR HARRISON
HARVEY BRANZBURG LLP

/s/ Sean M. Brennecke
David S. Eagle (#3387)
Sean M. Brennecke (#4686)
919 Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: (302) 552-5518
Facsimile: (302) 426-9193
deagle@klehr.com
sbrennecke@klehr.com

*Attorneys for Plaintiff,*
*SynKloud Technologies, LLC*