IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNKLOUD TECHNOLOGIES, LLC,<br><br>　　Plaintiff,<br><br>　　v.<br><br>HP, INC.,<br><br>　　Defendant. | C.A. No: 1:19-cv-1360-RGA |

**PLAINTIFF SYNKLOUD TECHNOLOGIES, LLC'S NOTICE OF WITHDRAWAL
AND SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE AND WITHDRAW THE APPEARANCE of John Lord, Esq., of One LLP, David S. Eagle, Esq. and Sean M. Brennecke, Esq., both of Klehr Harrison Harvey Branzburg LLP, as counsel for Plaintiff SynKloud Technologies, LLC ("Plaintiff" or "SynKloud").

PLEASE TAKE FURTHER NOTICE AND ENTER THE APPEARANCE of Timothy Devlin, Esq. as lead counsel for Plaintiff. Plaintiff will continue to be represented by Deepali Brahmbhatt and respectfully requests that all notices, pleadings and further correspondence be served at the following address and emails:

　　Timothy Devlin (DE Bar No. 4241)
　　Devlin Law Firm LLC
　　1526 Gilpin Avenue
　　Wilmington, DE 19806
　　Telephone: (302) 449-9010
　　Email: tdevlin@devlinlawfirm.com

| | |
|---|---|
| Dated: November 2, 2020 | **DEVLIN LAW FIRM LLC**<br><br>/s/ *Timothy Devlin*<br>Timothy Devlin<br>tdevlin@devlinlawfirm.com<br>1526 Gilpin Avenue<br>Wilmington, Delaware 19806<br>Telephone: (302) 552-5518<br><br>Deepali Brahmbhatt<br>dbrahmbhatt@devlinlawfirm.com<br>Devlin Law Firm LLC<br>3120 Scott Blvd #13,<br>Santa Clara, CA 95054<br>Telephone: (650) 254-9805<br><br>*Attorneys for Plaintiff,*<br>*SynKloud Technologies, LLC* |