**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SYNKLOUD TECHNOLOGIES, LLC, | ) | |
| | ) | C.A. No. 19-1360-RGA |
| Plaintiff, | ) | CONSOLIDATED |
| | ) | |
| v. | ) | |
| | ) | |
| HP INC., | ) | |
| | ) | |
| Defendant. | ) | |
| MICROSOFT CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 20-0007-RGA |
| | ) | |
| v. | ) | |
| | ) | |
| SYNKLOUD TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**MICROSOFT CORPORATION'S MOTION TO DISMISS
SYNKLOUD'S COUNTERCLAIMS UNDER
<u>FEDERAL RULE OF CIVIL PROCEDURE 12(c)</u>**

Defendant Microsoft Corporation ("Microsoft"), by and through its undersigned counsel, hereby moves the Court for entry of an Order dismissing Plaintiff SynKloud Technologies, LLC's Counterclaims (*Microsoft v. SynKloud*, No. 20-007-RGA, D.I. 33) with prejudice under Fed. R. Civ. P. 12(c) because the claims of the asserted patents—U.S. Patent Nos. 9,098,526 and 10,015,254—are directed to patent-ineligible subject matter under 35 U.S.C. §101. The grounds for this motion are fully set forth in the Opening Brief filed contemporaneously herewith.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Richard A. Cederoth<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, IL 60603<br>(312) 853-7000<br><br>Ching-Lee Fukuda<br>Ketan V. Patel<br>SIDLEY AUSTIN LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>(212) 839-5300<br><br>Dated:  December 11, 2020 | /s/ Kelly E. Farnan<br>Kelly E. Farnan (#4395)<br>Farnan@rlf.com<br>Travis S. Hunter (#5350)<br>Hunter@rlf.com<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>302-651-7700<br><br>*Counsel for Defendant Microsoft Corp.* |