IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNKLOUD TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> HP, INC., <br><br> Defendant. | C.A. No. 19-1360-RGA <br> (Consolidated – Lead Case) |

**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

WHEREAS, the Court previously entered a stipulation granting SynKloud Technologies, LLC a 10-day extension for its Answering Brief and Microsoft Corporation a 7-day extension for its Reply Brief (D.I. 56);

WHEREAS, Microsoft Corporation requires additional time to file its Reply Brief and SynKloud does not object;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline for Microsoft Corporation to file its Reply Brief in Support of Its Motion to Dismiss is hereby extended by five (5) days until January 26, 2021.

| RICHARDS, LAYTON & FINGER, P.A | DEVLIN LAW FIRM LLC |
|---|---|
| */s/ Kelly E. Farnan* <br> Kelly E. Farnan (#4395) <br> Farnan@rlf.com <br> Travis S. Hunter (#5350) <br> Hunter@rlf.com <br> One Rodney Square <br> 920 North King Street <br> Wilmington, DE 19801 <br> 302-651-7700 | */s/ Timothy Devlin* <br> Timothy Devlin (No. 4241) <br> 1526 Gilpin Avenue <br> Wilmington, DE 19806 <br> (302) 449-9010 <br> tdevlin@devlinlawfirm.com |

| | |
|---|---|
| OF COUNSEL: | Deepali Brahmbhatt |
| | DEVLIN LAW FIRM LLC |
| Richard A. Cederoth | 3120 Scott Blvd #13, |
| SIDLEY AUSTIN LLP | Santa Clara, CA 95054 |
| One South Dearborn | (650) 254-9805 |
| Chicago, IL 60603 | dbrahmbhatt@devlinlawfirm.com |
| (312) 853-7000 | |
| | *Attorneys for SynKloud Technologies, LLC* |
| Ching-Lee Fukuda | |
| Ketan V. Patel | |
| SIDLEY AUSTIN LLP | |
| 787 Seventh Avenue | |
| New York, NY 10019 | |
| (212) 839-5300 | |

*Attorneys for Microsoft Corp.*

Dated: January 19, 2021

IT IS SO ORDERED this _____ day of _____, 2020

                                             _____
                                             The Honorable Richard Andrews
                                             United States District Judge