IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNKLOUD TECHNOLOGIES, LLC,<br><br>              Plaintiff,<br><br>    v.<br><br>HP, INC.,<br><br>              Defendant. | C.A. No. 1:19-cv-01360-RGA<br>(Consolidated – Lead Case) |
| MICROSOFT CORPORATION,<br><br>              Plaintiff,<br><br>    v.<br><br>SYNKLOUD TECHNOLOGIES, LLC,<br><br>              Defendant. | C.A. No. 1:20-cv-00007-RGA |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to D. Del. LR 7.1.2(b), Plaintiff SynKloud Technologies ("SynKloud") provides this notice of Supplemental Authority from the United States District Court for the Western District of Washington, *Omega Patents, LLC v. Firstech, LLC*, C20-1344 TSZ (W.D. Wa. Feb. 10, 2021), attached as Exhibit A.  The order cites to a Petition for Writ of Certiorari before the Supreme Court of the United States in *American Axle & Manufacturing, Inc. v. Neapco Holdings LLC*, No. 20-891, attached as Exhibit B.  *Omega Patents* relates to Microsoft Corporation's ("Microsoft") Motion to Dismiss SynKloud's Counterclaims Under Federal Rule of Civil Procedure 12(c) (D.I. 52).  Accordingly, SynKloud believes it will assist the Court in evaluating Microsoft's Motion to Dismiss.

Dated: February 16, 2021

DEVLIN LAW FIRM LLC

*/s/ Timothy Devlin*
Timothy Devlin (No. 4241)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
tdevlin@devlinlawfirm.com

Deepali Brahmbhatt
DEVLIN LAW FIRM LLC
3120 Scott Blvd #13,
Santa Clara, CA 95054
(650) 254-9805
dbrahmbhatt@devlinlawfirm.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2021, I electronically filed the above document(s) with the Clerk of Court using CM/ECF, which will send electronic notification of such filing(s) to all registered counsel.

*/s/ Timothy Devlin*
Timothy Devlin (No. 4241)