IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNKLOUD TECHNOLOGIES, LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>HP, INC.,<br><br>　　　　　　Defendant. | C.A. No. 1:19-cv-01360-RGA<br>(Consolidated – Lead Case) |
| MICROSOFT CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SYNKLOUD TECHNOLOGIES, LLC,<br><br>　　　　　　Defendant. | C.A. No. 1:20-00007-RGA |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 26, 2021, copies of (1) *Plaintiff SynKloud Technologies, LLC's Objections and Responses to Defendant's First Set of Requests for Production (Nos. 1-37)* and (2) *Plaintiff SynKloud Technologies, LLC's Objections and Responses to HP and Microsoft's First Set of Interrogatories (Nos. 1-12)*, and accompanying production were caused to be served upon the following counsel of record in the manner indicated:

**BY E-MAIL:**

Kelly Farnan
Travis S. Hunter
Valerie A. Caras
RICHARDS, LAYTON & FINGER, PA
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
Farnan@RLF.com
Hunter@RLF.com
Caras@RLF.com

*Attorneys for HP, Inc.*
*and Microsoft Corporation*

Richard A. Cederoth
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
(312) 853-7000
rcederoth@sidley.com

Ching-Lee Fukuda
Ketan V. Patel
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
(212) 839-5300
clfukuda@sidley
ketan.patel@sidley.com
SidleySynKloudTeam@sidley.com

*Attorneys for HP, Inc.*
*and Microsoft Corporation*

Dated: February 26, 2021

DEVLIN LAW FIRM LLC

/s/ Timothy Devlin
Timothy Devlin (No. 4241)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
tdevlin@devlinlawfirm.com

Deepali Brahmbhatt
3120 Scott Blvd #13,
Santa Clara, CA 95054
(650) 254-9805
dbrahmbhatt@devlinlawfirm.com

*Attorneys for SynKloud Technologies, LLC*