IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNKLOUD TECHNOLOGIES, LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>HP, INC.,<br><br>                Defendant. | C.A. No. 1:19-cv-01360-RGA<br>(Consolidated – Lead Case) |
| MICROSOFT CORPORATION,<br><br>                Plaintiff,<br><br>    v.<br><br>SYNKLOUD TECHNOLOGIES, LLC,<br><br>                Defendant. | C.A. No. 1:20-cv-00007-RGA |

**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline for SynKloud Technologies, LLC to supplement their Proposed Claim Constructions with Intrinsic Evidence from relevant *inter partes* reviews is hereby extended by seven (7) days until May 19, 2021. HP and Microsoft shall have until May 21, 2021 to identify any rebuttal Intrinsic Evidence from relevant *inter partes* reviews.

Dated: May 14, 2021

| RICHARDS, LAYTON & FINGER, P.A | DEVLIN LAW FIRM LLC |
|---|---|
| */s/ Kelly E. Farnan*<br>Kelly E. Farnan (#4395)<br>Farnan@rlf.com | */s/ Timothy Devlin*<br>Timothy Devlin (No. 4241)<br>1526 Gilpin Avenue |

-2-

Travis S. Hunter (#5350)
Hunter@rlf.com
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700

*Counsel for Microsoft Corp.*

OF COUNSEL:
Richard A. Cederoth
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
(312) 853-7000

Ching-Lee Fukuda
Ketan V. Patel
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
(212) 839-5300

Wilmington, DE 19806
(302) 449-9010
tdevlin@devlinlawfirm.com

Deepali Brahmbhatt
DEVLIN LAW FIRM LLC
3120 Scott Blvd #13,
Santa Clara, CA 95054
(650) 254-9805
dbrahmbhatt@devlinlawfirm.com

*Attorneys for SynKloud Technologies, LLC*

IT IS SO ORDERED this _____ day of _____, 2021

_____
The Honorable Richard Andrews
United States District Judge