# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNKLOUD TECHNOLOGIES, LLC,<br><br>             Plaintiff,<br><br>   v.<br><br>HP INC.,<br><br>             Defendant. | C.A. No. 1:19-cv-01360-RGA<br>(Consolidated – Lead Case) |
| MICROSOFT CORPORATION,<br><br>             Plaintiff,<br><br>   v.<br><br>SYNKLOUD TECHNOLOGIES, LLC,<br><br>             Defendant. | C.A. No. 1:20-cv-00007-RGA |

## JOINT MOTION REQUESTING CLAIM CONSTRUCTION HEARING

Pursuant to Paragraph 9 of the Court's Scheduling Order (D.I. 44), SynKloud Technologies, LLC ("SynKloud"), HP Inc. ("HP") and Microsoft Corporation ("Microsoft") (collectively, the "parties"), respectfully submit this joint motion requesting the hearing on claim construction that is scheduled for August 30, 2021 at 9:00 am. The parties jointly state as follows:

1. In accordance with the Scheduling Order, the parties have completed their claim construction submissions and filed their joint claim construction brief on July 30, 2021.

2. The parties request that each side be allocated 45 minutes of time to present its arguments, for a total of 1.5 hours.

Dated: July 30, 2021                               Respectfully submitted,

| | |
|---|---|
| RICHARDS, LAYTON & FINGER, PA | DEVLIN LAW FIRM LLC |
| */s/ Kelly Farnan* | */s/ Timothy Devlin* |
| Kelly Farnan | Timothy Devlin (No. 4241) |
| Travis S. Hunter | 1526 Gilpin Avenue |
| Valerie A. Caras | Wilmington, DE 19806 |
| 920 N. King Street | (302) 449-9010 |
| Wilmington, DE 19801 | tdevlin@devlinlawfirm.com |
| (302) 651-7700 | |
| Farnan@RLF.com | Deepali Brahmbhatt |
| Hunter@RLF.com | 3120 Scott Blvd #13 |
| Caras@RLF.com | Santa Clara, CA 95054 |
| | (650) 254-9805 |
| OF COUNSEL: | dbrahmbhatt@devlinlawfirm.com |
| Richard A. Cederoth | |
| SIDLEY AUSTIN LLP | *Attorneys for SynKloud Technologies, LLC* |
| One South Dearborn | |
| Chicago, IL 60603 | |
| (312) 853-7000 | |
| rcederoth@sidley.com | |
| | |
| Ching-Lee Fukuda | |
| Ketan V. Patel | |
| SIDLEY AUSTIN LLP | |
| 787 Seventh Avenue | |
| New York, NY 10019 | |
| (212) 839-5300 | |
| clfukuda@sidley | |
| ketan.patel@sidley.com | |
| SidleySynKloudTeam@sidley.com | |
| | |
| *Attorneys for HP Inc.* | |
| *and Microsoft Corporation* | |

IT IS SO ORDERED this __2__ day of __August__, 2021

                                                  /s/ Richard G. Andrews
                                                The Honorable Richard Andrews
                                                United States District Judge